IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01175-PAB-MJW

GERALD McCOLLUM,

Plaintiff(s),

v.

UNITED STATES OF AMERICA,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

      Pursuant to Fed. R. Civ. P. 15(a)(2), a court should freely give leave to amend when justice so requires.  The court has reviewed defendant's pending motions to amend and finds that the additional factual information provided by defendant should be considered by the court.  It is hereby ORDERED that the Defendant's three Motions to Amend (Docket Nos. 20, 27, and 34) are GRANTED.  The Complaint (Docket No.1) is amended accordingly.

Date: July 16, 2012