IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01175-PAB-MJW

GERALD McCOLLUM,

Plaintiff(s),

v.

UNITED STATES OF AMERICA,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiff's Motion for an Order to Compel Discovery (Docket No. 54) is DENIED AS MOOT.  Defendant's response (Docket No. 57) indicates that a copy of the video was sent to the prison where plaintiff is incarcerated and plaintiff will be given an opportunity to view the video.

Date: February 26, 2013