IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01175-PAB-MJW

GERALD McCOLLUM,

Plaintiff(s),

v.

UNITED STATES OF AMERICA,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant United States of America's Motion for Extension of Discovery and Leave to Take Plaintiff's Deposition Telephonically (Docket No. 61) is GRANTED for good cause shown.  Defendant shall be allowed to take the deposition of Plaintiff, who is currently incarcerated, telephonically on March 8, 2013, or the next day sufficient staffing resources are available.  The discovery cut-off date extended for this purpose.

Date: March 4, 2013