IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01175-PAB-MJW

GERALD McCOLLUM,

Plaintiff(s),

v.

UNITED STATES OF AMERICA,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Third Motion for an Order Compelling Discovery (Docket No. 58) is DENIED AS MOOT.  Defendant's response (Docket No. 64) indicates that a copy of Mr. Castro's memorandum has been sent to plaintiff and that Mr. Martin has never been subject to any disciplinary sanctions.  Accordingly, the requests in the subject motion are moot.

Date: March 7, 2013