IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01175-PAB-MJW

GERALD McCOLLUM,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiff's "Dispositive Motion" (Docket No. 75) is DENIED for the following reasons.  Plaintiff's motion consists of a list of disputed facts related to plaintiff's claim of excessive force.  Plaintiff asks the court to not dismiss his claim and to allow it to proceed to a jury trial.

     It appears to the court that plaintiff may believe that he is required to file his opposition to defendant's (not yet filed) motion for summary judgment prior to the June 10, 2013 dispositive motions deadline.  Because plaintiff's motion does not seek any relief other than asking the court to not grant summary judgment, the motion is denied.  If defendant files a motion for summary judgment on or before June 10, 2013, plaintiff will be permitted, per D.C.COLO.LCivR 7.1, to respond.

Date: May 29, 2013