IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01175-PAB-MJW

GERALD McCOLLUM,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

    This matter is before the Court on the Order [Docket No. 132] granting Plaintiff's Motion for Writ of Habeas Corpus Ad Testificandum [Docket No. 128] and the Writ of Habeas Corpus ad Testificandum [Docket No. 133] issued for plaintiff's appearance at the trial set for May 27, 2014.

    At the hearing on May 13, 2014, the trial in this matter was vacated and rescheduled for October 6, 2014. Therefore, it is

    **ORDERED** that the Writ of Habeas Corpus ad Testificandum [Docket No. 133] is vacated. It is further

    **ORDERED** that the Clerk of the Court shall issue a writ to the United States Marshals Service and to the warden of the United States Penitentiary - Canaan of the United States Bureau of Prisons to produce GERALD McCOLLUM before Judge Philip A. Brimmer of the United States District Court for the District of Colorado, for proceedings scheduled to begin on October 6, 2014 and continuing until the conclusion

of the trial, and thereafter to return Mr. McCollum to the institution where he is now confined.

DATED May 14, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge