IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01175-PAB-MJW

GERALD McCOLLUM,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    The matter is before the Court on a *pro se* filing [Docket No. 151] by plaintiff Gerald McCollum. The filing requests that the Court dismiss plaintiff's "tort claim." Plaintiff is represented in this case by counsel. This *pro se* filing is therefore improper. It is

    **ORDERED** that Docket No. 151 is **STRICKEN**. It is further

    **ORDERED** that, on or before **September 4, 2014 at 5:00 p.m.**, plaintiff's counsel shall file a status report regarding plaintiff's intention to continue with this case.

    DATED August 26, 2014.